Donald K. ALEXANDER,
Plaintiff–Appellant

v.

BOONE HOSPITAL CENTER; William
A. Hawkins; Susan Alpert; Kathleen
Erickson DiGiorno; Stephen N. Oest-
erle; Gary Ellis; Brian Rysdam;
Medtronic, Inc.; Daniel Rothery; Mis-
sy Arnold; Nancy Tune, Defendants–
Appellees.

Donald K. Alexander, Plaintiff–
Appellant

v.

William A. Hawkins; Susan Alpert;
Kathleen Erickson DiGiorno; Stephen
Oesterle; Gary Ellis; Brian Rysdam;
and Medtronic, Inc., Defendants–Ap-
pellees.

Nos. 12–1157, 12–1298.

United States Court of Appeals,
Eighth Circuit.

Submitted: June 28, 2012.

Filed: Nov. 5, 2012.

Donald K. Alexander, Rocky Mount,
MO, pro se.

Jonathan Garside, Fox & Galvin, St.
Louis, MO, Patrick Lysaught, Baker &
Sterchi, Kansas City, MO, Daniel L. Ring,
Mayer & Brown, Chicago, IL, for Defen-
dants–Appellees.

Before BYE, GRUENDER, and
BENTON, Circuit Judges.

[Unpublished]

PER CURIAM.

Donald Alexander filed a civil action in
the Western District of Missouri seeking
damages under 18 U.S.C. § 1964(c). The
case was transferred to the District of
Minnesota, which was presiding over relat-
ed multidistrict litigation. The District of
Minnesota[1] severed and dismissed some
defendants from the action based on a
settlement between the parties. The
claims against the remaining defendants
were remanded to the Western District of
Missouri,[2] which ultimately granted the re-
maining defendants' motion to dismiss. Al-
exander filed in both courts motions under
Federal Rule of Civil Procedure 60(b) to
set aside the settlement-based dismissal.
The Western District of Missouri declined
to rule on the motion; the District of
Minnesota denied it on the merits. In
these consolidated appeals, Alexander
challenges the Western District of Mis-
souri's dismissal, and argues that only the
Western District of Missouri, not the Dis-
trict of Minnesota, had jurisdiction to rule
on his Rule 60 motion.

We agree with the Western District of
Missouri that Alexander's section 1964(c)
claim failed for the reasons stated by that
court. We also conclude the District of
Minnesota retained jurisdiction to consider
his Rule 60 motion, and thus the Western
District of Missouri did not err by declin-
ing to do so. See 28 U.S.C. § 1407(a);
J.P.M.L. R. 10.1(a). Accordingly, we af-
firm the judgments of the district courts.
See 8th Cir. R. 47B.

1. The Honorable Richard H. Kyle, United
States District Judge for the District of Minne-
sota.

2. The Honorable Nanette K. Laughrey, United
States District Judge for the Western District
of Missouri.